J-A32019-17

2018 PA Super 212

| | | |
|---|---|---|
| DANIEL T. MORGAN | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| SHERI A. MORGAN | : | |
| | : | |
| Appellant | : | No. 1770 MDA 2016 |

Appeal from the Order Entered September 27, 2016
In the Court of Common Pleas of Franklin County Civil Division at No(s):
2007-1502

| | | |
|---|---|---|
| DANIEL T. MORGAN | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| SHERI A. MORGAN | : | No. 1841 MDA 2016 |

Appeal from the Order Entered September 27, 2016
In the Court of Common Pleas of Franklin County Civil Division at No(s):
2007-1502

| | | |
|---|---|---|
| DANIEL T. MORGAN | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| SHERI A. MORGAN | : | No. 128 MDA 2017 |

Appeal from the Order Entered January 12, 2017
In the Court of Common Pleas of Franklin County Civil Division at No(s):
2007-1502

BEFORE:  OTT, J., DUBOW, J., and STRASSBURGER*, J.


*Retired Senior Judge assigned to the Superior Court.

CONCURRING STATEMENT BY STRASSBURGER, J.:     **FILED JULY 20, 2018**

I join the Majority Opinion in its entirety.  I write separately because Husband's fraudulent actions defrauded not just Wife but also the judicial system and his profession.  Therefore, the Opinion here should be referred to the District Attorney of Franklin County and the Disciplinary Board.

Judge Ott joins the Concurring Statement.

Judge Dubow joins the Concurring Statement.